# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-696
_____

DARREN EDWARD STINESPRING,

Appellant,

v.

DITECH FINANCIAL, LLC,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

March 21, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mitch Dever, Panama City, for Appellant.

Michael T. Ruff of Padgett Law Group, Tallahassee, for Appellee.